CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 2 5 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

KENNETH N. BUSSIE,                    )
     Plaintiff,                           )    Civil Action No. 7:14-cv-00047
                          )
v.                                    )    **DISMISSAL ORDER**
                          )
AYLOR, et al.,                        )    By:   Jackson L. Kiser
     Defendant(s).                        )           Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 25th day of February, 2014.

Senior United States District Judge